IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI,  No. CIV S-11-1932-GEB-CMK-P

    Plaintiff,

  vs.  ORDER

MIKE D. McDONALD, et al.,

    Defendants.

                              /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On February 27, 2012, the Magistrate Judge filed findings and recommendations (Doc. 34) herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.[1]

---

[1] Plaintiff filed a motion for additional time to respond to the Magistrate Judge's February 24, 2012, findings and recommendations (Doc. 33). No similar motion was received relating to the February 27, 2012, findings and recommendations (Doc. 34).

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 24, 2012, (Doc. 34) are adopted in full; and

2. Plaintiff's requests and motions for preliminary injunction and temporary restraining orders (Docs. 7, 8, 12, 14, 15, 27) are denied.

Dated: March 21, 2012

GARLAND E. BURRELL, JR.
United States District Judge