1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                  SACRAMENTO DIVISION

11

12   **KRZYSZTOF F. WOLINSKI,**                    2:11-CV-01932 GEB CMK

13                                  Plaintiff,     **ORDER**

14                v.

15

16   **MIKE D. McDONALD, et al.,**

17                                  Defendants.

18

19        The Court, having considered Defendants' request for extension of time to respond to

20   Plaintiff's amended complaint, and good cause appearing,

21        IT IS ORDERED that Defendants have to and including June 28, 2012 to file and serve

22   their responsive pleading.

23        **Date:  5/30/2012**

24

25

26                                          _____

27                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

28

                                            1