IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KRZYSZTOF F. WOLINSKI,**<br><br>                      Plaintiff,<br><br>    v.<br><br>**MIKE D. McDONALD, et al.,**<br><br>                      Defendants. | 2:11-CV-01932 GEB CMK<br><br>**ORDER** |

The Court, having considered Defendants' request for extension of time to respond to Plaintiff's amended complaint, and good cause appearing,

IT IS ORDERED that Defendants have to and including June 28, 2012 to file and serve their responsive pleading.

**Date: 5/30/2012**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1