IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI,   No. CIV S-11-1932-GEB-CMK-P

    Plaintiff,

  vs.   ORDER

MIKE D. McDONALD, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On February 24, 2012, the Magistrate Judge filed findings and recommendations (Doc. 33) herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.[1]

---

[1] Plaintiff filed a motion for additional time to respond to the Magistrate Judge's February 24, 2012, findings and recommendations (Doc. 33), which was granted.  Plaintiff, however, still failed to file his objections within this extended amount of time.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 24, 2012, (Doc. 33) are adopted in full; and

2. Plaintiff's claims for denial of access to the court and failure to provide medical treatment are dismissed for failure to state a claim;

3. Defendants Miller, Harrison, Perry, Wheeler, McDonald and Kraft are dismissed from this action;

4. Defendants Miranda, Vegas, Barton, Shiplet, Kimball and Clark shall be terminated from the docket as plaintiff no longer names them as defendants to this action; and

5. This action shall proceed on plaintiff's Eighth Amendment claims against defendants Shuford, Young, Silva, Hougland, and Fish only.

Dated: July 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge